UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. STEVENSON,<br><br>   Plaintiff,<br><br>   v.<br><br>SAN FRANCISCO COUNTY JAIL MEDICAL SERVICES, et al.,<br><br>   Defendants. | Case No. 17-cv-00336-SI<br><br>**ORDER EXTENDING DEADLINES**<br>Re: Dkt. No. 14 |

Defendants have filed an *ex parte* request for an extension of the deadline to file a dispositive motion. Upon due consideration of the request and the accompanying declaration of attorney Kelly Collins, the court GRANTS the request. (Docket No. 14.) The court now sets the following new briefing schedule for dispositive motions: Defendants must file and serve their dispositive motion no later than **April 13, 2018**. Plaintiff must file and serve on defense counsel his opposition to the dispositive motion no later than **May 11, 2018**. Defendants must file and serve their reply brief (if any) no later than **May 25, 2018.**

Defendants are reminded that any motion for summary judgment must be accompanied by a *Rand* notice in a separate document at the time they file their motion for summary judgment. *See Woods v. Carey*, 684 F.3d 934, 939 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 960 (9th Cir. 1998).

**IT IS SO ORDERED**.

Dated: January 9, 2018

_____
SUSAN ILLSTON
United States District Judge