UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES L. STEVENSON,<br>　　　　Plaintiff,<br>　　v.<br>PRATT, et al.,<br>　　　　Defendants. | Case No. 17-cv-00336-SI<br><br>**ORDER**<br>Re: Dkt. Nos. 17, 18, 22, 23 |

A. <u>Defendants' Request To Seal Documents</u>

Defendants filed a motion for summary judgment in this *pro se* prisoner's civil rights action alleging claims concerning plaintiff's medical care. In support of their motion, defendants submitted copies of plaintiff's medical records and requested that those medical records be sealed. Upon due consideration, defendants' request to file the medical records under seal is GRANTED. Docket No. 22. Defendants have demonstrated that the confidential information in the documents, if disclosed to the general public, may intrude on plaintiff's medical privacy interests. Accordingly, the documents identified as Exhibits A-D (Docket No. 22-2) will be filed under seal and not available for inspection by the public absent a court order permitting such inspection. *See* N.D. Cal. L. R. 79-5.

If defendants have not yet done so, they must send a copy of Exhibits A-D to plaintiff no later than **May 1, 2018**.

B. <u>Plaintiff's Miscellaneous Filings</u>

Plaintiff has filed several documents marked as "declaration of plaintiff & additional complaints." Docket Nos. 17, 18, 23. It is not clear what plaintiff intends to accomplish with

these documents as some mention facts in this case, and some complain about other wrongs he suffered at the jail at the hands of different people at different times than alleged in this action. Some of the discussions in the documents do not make sense to the court. Some of the discussions appear to concern events that occurred before plaintiff saw defendant nurse practitioner John Poh -- and events that apparently occurred at a different branch of the San Francisco County Jail.

This action concerns only plaintiff's allegations against defendants John Poh and Dr. Pratt concerning the acts and omissions alleged in the amended complaint filed on April 28, 2017. If plaintiff wants to assert claims against other persons for other wrongs committed against him, he should file a new civil rights action asserting his claims against those persons. A copy of the court's civil rights complaint form is attached for his convenience. He should not put the case number for this case on any new civil rights complaint he files.

Plaintiff is reminded that his opposition to the motion for summary judgment is due on May 11, 2018.

**IT IS SO ORDERED**.

Dated: April 20, 2018

_____
SUSAN ILLSTON
United States District Judge