UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHARLES L. STEVENSON,

    Plaintiff,

v.

LISA PRATT, et al.,

    Defendants.

Case No. 17-cv-00336-SI

**JUDGMENT**

Judgment is entered against plaintiff and in defendants' favor.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: February 14, 2019

_____
SUSAN ILLSTON
United States District Judge